DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com


Attorney for Defendant
JOSHUA THAXTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSHUA THAXTON,<br><br>　　　　　　　Defendant. | 2:13-cr-0216 JAM<br><br>**STIPULATION AND ORDER CONTINUING HEARING, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, Counsel for Plaintiff; and, Attorney David W. Dratman, Counsel for Defendant Joshua Thaxton, that the status conference scheduled for December 10, 2013 be vacated and the matter be continued to this Court's criminal calendar on February 11, 2014 at 9:45 a.m. for further status.

　　　　Defense Counsel is continuing to review the discovery in the case, including making arrangements to view seized computer evidence and consult with experts as

needed. Additional time is needed for Defense Counsel to review the discovery so that he can properly advise his client. In addition, the parties have engaged in plea negotiations that will be impacted by the result of Defense Counsel's examination of the evidence in this case, as well as his gathering materials to share with the Government prior to the next status conference.

Accordingly, the parties believe that the forgoing justifies an exclusion of time from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence; and, continuity of counsel. (18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4). The parties stipulate that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A)).

Dated: December 4, 2013  /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
JOSHUA THAXTON

Dated:  December 4, 2013  BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney
*Signed with permission

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial; and, that the time from December 10, 2013 to and including February 11, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel)(18 U.S.C. § 3161(h)(7)(A) and (B)(iv)).

IT IS SO ORDERED.

DATED: 12/4/2013 /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge